IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01029-WYD-MJW

DEREK NICHOLSON,

Plaintiff,

v.

CFS II, INC., and
DOES 1 TO 10, inclusive,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Telephonic Appearance at Scheduling Conference (Docket No. 11) is GRANTED.  Plaintiff's counsel is directed to contact the court's chambers (303-844-2403) at the scheduled time.

The court cautions plaintiff that future motions which do not comply with D.C.COLO.LCivR 7.1(a) will be denied.

Date: June 6, 2014