IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-01029-WYD-MJW

DERECK NICHOLSON,

    Plaintiff,

    vs.

CFS, II, INC.; and DOES 1 to 10, inclusive,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice Between Plaintiff and Defendants (ECF No. 19).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice Between Plaintiff and Defendants (ECF No. 19) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

Dated:   August 7, 2014

                                                   BY THE COURT:

                                                   s/ Wiley Y. Daniel
                                                   WILEY Y. DANIEL,
                                                   SENIOR UNITED STATES DISTRICT JUDGE